ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 14 2022

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERMAINE COURTNEY BROWN | Criminal Indictment<br><br>No. 4:22-CR-019 |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about May 18, 2021, in the Northern District of Georgia, the defendant, JERMAINE COURTNEY BROWN, knowing that he had been previously convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year:

- Possession of a firearm by a convicted felon, in the Northern District of Georgia, on or about January 10, 2019;
- Possession of a firearm by a convicted felon, in the Superior Court of Floyd County, Georgia, on or about March 19, 2018; and
- Possession of Cocaine, in the Superior Court of Floyd County, Georgia, on or about September 11, 2008,

did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is, a Taurus PT 24/7 Pro DS, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

# Forfeiture

Upon conviction of the offense alleged in this Indictment, the defendant, JERMAINE COURTNEY BROWN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including:

- One (1) Taurus PT 24/7 Pro DS, .40 caliber pistol, bearing serial number SCT36017; and
- All associated ammunition.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 18, United States Code, Sections 982(b)(1) and 1028(g); Title 21, United States Code, Section 853(p); and Title 28,

United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A ___True___ BILL

___/s/ LaPerie___
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Erin N. Spritzer*
ERIN N. SPRITZER
  *Assistant United States Attorney*
Georgia Bar No. 229887

*/s/ Jessica Morris*
JESSICA MORRIS
  *Assistant United States Attorney*
Georgia Bar No. 100907

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181